No. 94–8711. HARRIS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–8713. MCCAULEY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–8715. MCCABE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–8718. RODRIGUEZ-QUINONES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–8721. PATTERSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–8724. CHAPPLE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–8727. CLEGHORN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–8728. AUSTIN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–8732. WELLS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–8735. JACOBS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–8736. JENSEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–8737. MUSE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–8741. BELLIZZI *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–8745. UKPABIA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–8746. RAHMAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.